# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY L. YORK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | Case No. 1:22-cv-00458-SKO<br><br>**ORDER GRANTING STIPULATED MOTION AND ENLARGING TIME FOR DEFENDANT TO FILE RESPONSIVE BRIEF**<br><br>(Doc. 14) |

　　　　Based on the stipulated motion of the parties (Doc. 14), by and through their respective counsel, it is hereby ORDERED that Defendant shall have until November 21, 2022, for Defendant to serve on Plaintiff with Defendant's Response to Plaintiff's Motion for Summary Judgment. All other deadlines in the Scheduling Order (Doc. 5) are hereby extended accordingly.

IT IS SO ORDERED.

Dated:　**October 21, 2022**　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1