PHILLIP A. TALBERT
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel, Office 7
Katherine B. Watson
Special Assistant United States Attorney
701 Fifth Avenue, Columbia Tower,
Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2139
Email: Katherine.Watson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MISTY L. YORK,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:22-CV-00458-SKO<br><br>**ORDER**<br><br>(Doc. 16) |

   Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Doc. 16), and for cause shown,

   IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an

administrative law judge for a new decision in accordance with the parties' Stipulation.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner. The Clerk shall also administratively close this file.

IT IS SO ORDERED.

Dated:  **November 9, 2022**          /s/ *Sheila K. Oberto*          
                                     UNITED STATES MAGISTRATE JUDGE